# Third District Court of Appeal

## State of Florida

Opinion filed January 5, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0902
Lower Tribunal No. F17-18789
_____

**Todd E. Watson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Todd E. Watson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, MILLER and BOKOR, JJ.

PER CURIAM.

Our opinion issued October 6, 2021, is hereby withdrawn. Finding no preliminary basis for reversal, we summarily affirm the order under review. Fla. R. App. P. 9.315(a).